IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jamual S. Burks,

    Plaintiff(s),

vs.

Christie Weaver,

    Defendant(s).

Case Number: 1:18cv282

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 11, 2018 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 25, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, the complaint (Doc. 1-1) is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1), with the exception of plaintiff's First Amendment retaliation claim against defendant Weaver.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting this Report and Recommendation will not be taken in good faith. Plaintiff is therefore DENIED leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

    __s/Susan J. Dlott__
    Judge Susan J. Dlott
    United States District Court