IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jamual S. Burks, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:18cv282 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Christina Weaver, | : |
| Defendant(s) | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on November 13, 2019 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 27, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion for summary judgment (Doc. 13) is GRANTED. This case is TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court